**AFFIRMED in part; VACATED in part; REMANDED.**

Edin MUJADZIC, Plaintiff–Appellant,

v.

Doug SERA, Defendant–Appellee.

No. 07–35594.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Sept. 1, 2009.

Edin Mujadzic, Beaverton, OR, pro se.

Doug Sera, Happy Valley, OR, pro se.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

### MEMORANDUM **

Edin Mujadzic appeals pro se from the district court's order dismissing his action against a former coworker under Title VII of the Civil Rights Act of 1964. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir.1998) (order). We affirm.

The district court properly dismissed Mujadzic's action because individual employees cannot be held liable under Title

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

VII. *See Miller v. Maxwell's Int'l Inc.*, 991 F.2d 583, 587–88 (9th Cir.1993) (explaining that Title VII limits civil liability to the employer).

Mujadzic's remaining contentions are unpersuasive.

Mujadzic's "Motion to Payback Money by 6–22–2009" is denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.